# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:17-cr-00004 |
| ) | CHIEF JUDGE CRENSHAW |
| LUIS ALFREDO MERAZ-JAQUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The status conference currently set for August 8, 2017, at 10:30 a.m. is **RESET** for **August 15, 2017 at 4:30 p.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE